IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MELISSA SIMMS**                                                                  **PLAINTIFF**

VS.                   CASE NO. 3:17CV00222 PSH

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                             **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 26th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE